# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SCOTT LUCAS, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED; AND ALLEN LESTER, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED; <br><br> Plaintiffs, <br><br> v. <br><br> MILLER PRODUCTS, INC., INCORRECTLY NAMED AND; AND MPI LABELS OF BALTIMORE, INC., <br><br> Defendants, | CASE NO. 4:21-CV-02355-CEH <br><br> CARMEN E. HENDERSON <br> UNITED STATES MAGISTRATE JUDGE <br><br> **JUDGMENT ENTRY** |

For the reasons set forth in the Order dated September 29, 2022, the Court approves the Agreement, the proposed service awards, and the proposed attorneys' fees and litigation expenses to Plaintiffs' Counsel. The parties having filed publicly the settlement agreement with the monetary terms redacted (ECF No. 46), the Court orders that the unredacted agreement filed at ECF No. 44 shall remain sealed. The Court retains jurisdiction over this action for the purpose of enforcing the settlement agreement. This case is dismissed with prejudice.

Dated: September 30, 2022

                                                        *s/Carmen E. Henderson*
                                                        Carmen E. Henderson
                                                        United States Magistrate Judge